STATE OF CONNECTICUT *v.* EDWARD ANDREWS

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 90 (AC 17984), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that the defendant knowingly had entered a guilty plea to murder where the trial court failed to inform him pursuant to General Statutes § 54-125a (b) (1) that he would be statutorily ineligible for parole as a consequence of pleading guilty."

The Supreme Court docket number is SC 16126.

*Richard E. Condon, Jr.,* special deputy assistant public defender, in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided June 16, 1999